

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| § | | |
| DR. MARC ELLMAN, INDIVIDUALLY AND D/B/A SOUTHWEST EYE INSTITUTE, VISTA SURGERY CENTER, LLC, AND AURA DEVELOPMENT, LLC, | § § § § | No. 08-12-00029-CV<br><br>Appeal from |
| Appellants, | § | County Court at Law No. 6 |
| v. | § | of El Paso County, Texas |
| JC GENERAL CONTRACTORS, AND JOSE M. CHAVEZ, | § § | (TC # 2009-508) |
| Appellee. | § | |

**J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. We further order that Appellee recover from Appellants and its sureties, if any, *see* TEX.R.APP.P. 43.5, on the judgment and all costs, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 23RD DAY OF OCTOBER, 2013.


ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rodriguez, and Larsen, JJ.
Larsen, J. (Senior Judge), sitting by assignment